

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00003-CV

**IN THE MATTER OF THE MARRIAGE OF OPEYEMI AKINYELE AND TAIWO AYORINDE AND IN THE INTEREST OF E.A. AND J.A.**, Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI26444
Honorable Martha Tanner, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios Justice
                Beth Watkins, Justice

Delivered and Filed: March 1, 2023

MOTION GRANTED; APPEAL DISMISSED

Appellant Taiwo Ayorinde filed a notice of appeal challenging a final judgment signed on October 5, 2022. On January 27, 2023, Ayorinde filed a letter informing the court it had his "permission to dismiss the appeal." We notified him we construed his letter as a motion requesting voluntary dismissal of this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1) (stating court may dismiss appeal on appellant's motion). We ordered Ayorinde to file a response by February 21, 2023, if he was not seeking voluntary dismissal of his appeal. We cautioned him if we did not receive a response by that date, we would act on the motion and dismiss the appeal. *See id.* R. 2, 42.1(a)(1). Ayorinde has not filed a response. Accordingly, we grant Ayorinde's motion and dismiss the appeal. *See Miller v. Hooker*, No. 07-21-00054-CV,

2021 WL 2189019, at *1 (Tex. App.—Amarillo May 28, 2021, no pet.) (mem. op.) (construing

letter filed by appellant as motion requesting voluntary dismissal and dismissing appeal).

PER CURIAM